Randall C. Rechs, Esq. (SB# 195159)
LAW OFFICES OF RANDALL C. RECHS
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Telephone: (619) 696-6200
Facsimile: (619) 696-6400

Attorneys for Defendants Michael Yoakum and Judith Yoakum

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HANNAH GONZALEZ-SALTOS, ET.AL. | Case No.: 3:25-CV-06324-AGT |
|---|---|
| Plaintiffs, | COUNSEL FOR DEFENDANTS MICHAEL AND JUDITH YOAKUMS' REQUEST TO APPEAR REMOTELY AT CASE MANAGEMENT CONFERENCE ON NOVEMBER 20, 2025 |
| v. ASPIRANET, ET.AL., | |
| Defendants. | |

## I.
## INTRODUCTORY STATEMENT

Defendants Michael and Judith Yoakum, through their lead counsel, Randall C. Rechs, Esq. make this Request to Appear Remotely for the Case Management Conference set for November 20, 2025 at 10:00 a.m. in Courtroom 11. This Request based on these moving papers and the Declaration of Randall C. Rechs, Esq.

## FACTUAL BASIS FOR THE REQUEST

Counsel for Defendants Michael and Judith Yoakum office and residence is in San Diego, CA. Counsel must bill his principal, The State of California for

travel time at $225.00 per hour, plus reimbursement for travel to San Francisco, as well as lodging, etc. Therefore, it places somewhat of a hardship for counsel and his principal with respect to the costs and recent travel uncertainty, not to mention it will cost the taxpayers of California to fund this trip. It should also be noted that all counsel represented this Request would be unopposed. (Please see Declaration of Randall C. Rechs, Esq.)

Dated: November 7, 2025					Respectfully submitted,

							LAW OFFICES OF RANDALL C. RECHS

							_____
							Randall C. Rechs, Esq.
							Attorney for Defendants Michael and Judith Yoakum

Randall C. Rechs, Esq. (SB# 195159)
LAW OFFICES OF RANDALL C. RECHS
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Telephone: (619) 696-6200
Facsimile: (619) 696-6400

Attorneys for Defendants Michael Yoakum and Judith Yoakum

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH GONZALEZ-SALTOS, ET.AL.<br><br>Plaintiffs,<br><br>v.<br><br>ASPIRANET, ET.AL.,<br><br>Defendants. | Case No.: 3:25-CV-06324-AGT<br><br>DECLARATION OF RANDALL C. RECHS, ESQ. IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE |

I, Randall Rechs, do declare that I am an attorney licensed and admitted to the California State Bar and the Northern District. I am the attorney of record for the Defendants MICHAEL AND JUDITH YOAKUM. If called as a witness, I could, and would, competently testify to the following matters, which are known to me.

1. I was retained by the State of California's Foster and Small Family Homes Fund to represent the Yoakums in this Matter.

2. I was retained at a rate of $225.00 per hour for my billable time and travel time. Pursuant to my contract, I also get reimbursed for travel, lodging etc.

3. It created a hardship for the State and counsel to travel to San Fancisco for the CMC because of exorbitant fees and costs associated with such a trip,

especially because of the recent government shutdown causing travel uncertainty.

4. All counsel represented this Request will be unopposed.

I do declare that the following information is true and correct to the best of my knowledge and is subject to the penalty of perjury under the laws of the State of California.

Dated: November 7, 2025

_____
Randall C. Rechs, Esq.

Randall C. Rechs, Esq. (SB# 195159)
LAW OFFICES OF RANDALL C. RECHS
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
Telephone: (619) 696-6200
Facsimile: (619) 696-6400

Attorneys for Defendants Michael Yoakum and Judith Yoakum

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH GONZALEZ-SALTOS, ET.AL.<br><br>Plaintiffs,<br><br>v.<br>ASPIRANET, ET.AL.,<br><br>Defendants. | Case No.: 3:25-CV-06324-AGT<br><br>PROPOSED ORDER |

Defendants MICHAEL AND JUDITH YOAKUMS' Request for Remote Appearance for the Case Management Conference, by and through their counsel, set for November 20, 2025, at 10 a.m. is hereby granted.

IT IS SO ORDERED:

_____
Honorable Jame Donato